NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID M. PECARD,**
*Petitioner,*

v.

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

---

2011-3151

---

Petition for review of the Merit Systems Protection Board in case no. DA3330090730-B-1.

---

## ON MOTION

---

## ORDER

David M. Pecard moves, without opposition, to reinstate his petition for review, and attaches his brief.

On March 7, 2012, this court dismissed Pecard's petition for failure to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted, the mandate is recalled, and the appeal is reinstated. Pecard's brief is accepted for filing and any deficiencies are waived.

(2) The Department of Agriculture's brief is due within 21 days from the date of filing of this order.

FOR THE COURT

APR 2 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David M. Pecard
   Jeffrey D. Klingman, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 5 2012

JAN HORBALY
CLERK